UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
Abbink, Stewart & Helen                   )        Case No. 15 B 03048
                                          )
       Debtor(s).                         )

## CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify that on January 8, 2018, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

```
Label Matrix for local noticing        Helen Abbink                            Stewart Abbink
0752-1                                  1418 Whispering Spring Circle           1418 Whispering Spring Circle
Case 15-03048                           palatine, il 60074-1740                 palatine, il 60074-1740
Northern District of Illinois
Chicago
Mon Jan  8 14:21:33 CST 2018

American InfoSource LP as agent for     Capital One, N.A.                       James M Kelly
TD Bank, USA                            c o Becket and Lee LLP                  Law Offices of James Kelly
PO Box 248866                           POB 3001                                119 North Northwest Highway
Oklahoma City, OK   73124-8866          Malvern, PA 19355-0701                  Palatine, IL 60067-5324


Matco Tools                             PYOD, LLC its successors and assigns as assi   Wells Fargo Financial Natl Bank
4403 Allen Road                         of Citibank, N.A.                              Wells Fargo Bank, N.A.
Stow, OH  44224-1096                    Resurgent Capital Services                     PO Box 10438
                                        PO Box 19008                                   Des Moines, IA 50306-0438
                                        Greenville, SC 29602-9008


End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8
```