UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ABBINK, STEWART | § | Case No. 15-03048 |
| ABBINK, HELEN | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ABBINK, HELEN |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cenlar P.O. Box 77404 Ewing, NJ 08628 |  |  |  |  |  |
|  | DEPARTMENT OF THE ARMY |  |  |  |  |  |
|  | USAA INSURANCE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VILLAGE OF WHEELING | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LAW OFFICE OF ALEXANDER GRUZMARK, L | | | | | |
| LAW OFFICE OF ALEXANDER GRUZMARK, L | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 851001 Dallas, TX  75285 | | | | | |
| | Best Buy Credit Servies P.O. Box 688910 Des Moines, IA 50368 | | | | | |
| | Citi Cards Processing Center Des Moines, IA  50363 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Home Depot Credit Services Des Moines, IL  50364-0500 | | | | | |
| | Kohls PO Box 2983 Milwaukee, WI  53201 | | | | | |
| | Matco Tools 4403 Allen Road Stow, OH  44224-1096 | | | | | |
| | Ntb Credit Plan P.O. Box 183015 Columbus, OH  43218 | | | | | |
| | Target Card Services P.O. Box 660170 Dallas, TX  75266 | | | | | |
| | Usaa Credit Card Payments 10750 Mcdermott Fwy San Antonio, TX  78288 | | | | | |
| | Wellsfargo P.O. Box 6995 Portland, OR  97228 | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000005 | MATCO TOOLS | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000006A | WELLS FARGO FINANCIAL NATL BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-03048 | DLT | Judge: DEBORAH L. THORNE | Trustee Name: | Phillip D. Levey |
| Case Name: | ABBINK, STEWART | | | Date Filed (f) or Converted (c): | 01/30/15 (f) |
| | ABBINK, HELEN | | | 341(a) Meeting Date: | 03/06/15 |
| For Period Ending: | 03/01/18 | | | Claims Bar Date: | 08/26/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1418 Whispering Spring Circle, Palatine, Il. 60074 | 117,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 100.00 | 100.00 | | 0.00 | FA |
| 3. checking/savings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. household goods and furnishings | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. wearing apparel | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. 2003 Dodge Caravan, over 100K miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 Dodge Dakota, 73K miles | 4,500.00 | 0.00 | | 0.00 | FA |
| 8. Personal Injury - Helen Abbink v. Frank Lombardo (u) Claim for personal injuries sustained by Helen Abbink. No portion of the recovery is property of the Estate of Stewart Abbink. Accordingly, the recovery will be distributed only to creditors who have filed claims against Helen Abbink. Debtor Claimed Exemption | Unknown | 0.00 | | 85,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $127,600.00 | $2,600.00 | | $85,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Re Asset #8 - Collection of settlement of PI claim.

Initial Projected Date of Final Report (TFR): 04/30/17     Current Projected Date of Final Report (TFR): 01/15/18

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 20.00g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-03048 -DLT | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | ABBINK, STEWART | Bank Name: | ASSOCIATED BANK |
| | ABBINK, HELEN | Account Number / CD #: | *******5265 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4235 | | |
| For Period Ending: | 03/01/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/17 | 8 | Illinosi Farmers Insurance Company | SETTLEMENT | 1242-000 | 80,000.00 | | 80,000.00 |
| 10/12/17 | | Law Office of Alexander Gruzmark, Ltd. | SETTLEMENT | | 1,666.67 | | 81,666.67 |
| | | 1701 East Lake Avenue-Suite 200 | | | | | |
| | | Glenview, IL 60025 | | | | | |
| | | USAA INSURANCE | Memo Amount:   ( 3,333.33 ) | 4220-000 | | | |
| | | | Lien Claim Per Order 11-2-17 | | | | |
| | 8 | LAW OFFICE OF ALEXANDER GRUZMARK | Memo Amount:   5,000.00 | 1242-000 | | | |
| | | | Personal Injury Settlement | | | | |
| 10/26/17 | 010001 | ABBINK, HELEN | Exemption - Abbink v. Lombardo | 8100-000 | | 15,000.00 | 66,666.67 |
| | | 1418 WHISPERING SPRING CIRCLE | Exemption of Helen Abbink re personal injury claim | | | | |
| | | PALATINE, IL 60074 | re settlement of Abbink v. Lombardo. | | | | |
| 10/26/17 | 010002 | Law Office of Alexander Gruzmark, Ltd. | Special Counsel Fees | 3210-000 | | 27,222.22 | 39,444.45 |
| | | 1701 E. Lake Ave. | Special Counsel Fees Per Order dtaed June 29, 2017. | | | | |
| | | Suite 200 | | | | | |
| | | Glenview, IL 60025 | | | | | |
| 10/26/17 | 010003 | Law Office of Alexander Gruzmark, Ltd. | Special Counsel Expenses | 3220-000 | | 1,936.00 | 37,508.45 |
| | | 1701 E. Lake Ave. | Special Counsel Expenses Per Order Dated June 29, 2017. | | | | |
| | | Suite 200 | | | | | |
| | | Glenview, IL 60025 | | | | | |
| 11/05/17 | 010004 | Village of Wheeling | Lien Claim Per Order Dated 6-29-17 | 4220-000 | | 430.48 | 37,077.97 |
| | | c/o Merchants' Credit Guide Co. | Payment of lien claim re settlement of Abbink v. | | | | |
| | | 223 West Jackson Blvd. | Lombardo per Order dated 6-29-17. | | | | |
| | | Suite 400 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 11/05/17 | 010005 | Department of The Army | Lien claim per Order dated 6-29-17. | 4220-000 | | 8,280.82 | 28,797.15 |
| | | Office of The Staff of Judge Advocate | Payment of lien claim re settlement of Abbink v. | | | | |
| | | 415 Custer Avenue | Lombardo per Order dated 6-29-17. | | | | |
| | | Building 55 | | | | | |
| | | Fort Leavenworth, Kansas 66027 | | | | | |
| | | | Page Subtotals | | 81,666.67 | 52,869.52 | |

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-03048 -DLT | | Trustee Name: | Phillip D. Levey |
| Case Name: | ABBINK, STEWART | | Bank Name: | ASSOCIATED BANK |
| | ABBINK, HELEN | | Account Number / CD #: | *******5265 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4235 | | | |
| For Period Ending: | 03/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.31 | 28,718.84 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.32 | 28,667.52 |
| 02/01/18 | 010006 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Trustee Compensation | 2100-000 | | 6,750.00 | 21,917.52 |
| 02/01/18 | 010007 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Trustee Expenses | 2200-000 | | 90.48 | 21,827.04 |
| 02/01/18 | 010008 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,905.00 | 16,922.04 |
| 02/01/18 | 010009 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 61.43777% | 7100-900 | | 1,413.29 | 15,508.75 |
| 02/01/18 | 010010 | PYOD, LLC its successors and assigns as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 61.43793% | 7100-000 | | 10,694.12 | 4,814.63 |
| 02/01/18 | 010011 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 61.43802% | 7100-000 | | 1,912.67 | 2,901.96 |
| 02/01/18 | 010012 | Wells Fargo Financial Natl Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Claim 000006A, Payment 61.43806%<br>(6-1) FELDCO FACTORY DIRECT<br>(6-1)<br>modified on 6/23/15 to correct creditor address/name | 7100-000 | | 2,823.46 | 78.50 |

Page Subtotals 0.00 28,718.65

Ver: 20.00g

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-03048 -DLT | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | ABBINK, STEWART | Bank Name: | ASSOCIATED BANK |
| | ABBINK, HELEN | Account Number / CD #: | *******5265 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4235 | | |
| For Period Ending: | 03/01/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/18 | 010013 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (nm)<br>Claim 000007, Payment 61.43852%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 78.50 | 0.00 |

* Reversed
t Funds Transfer

| | | |
|---|---|---|
| Memo Allocation Receipts: | 5,000.00 | |
| Memo Allocation Disbursements: | 3,333.33 | |
| Memo Allocation Net: | 1,666.67 | |
| Total Allocation Receipts: | 5,000.00 | |
| Total Allocation Disbursements: | 3,333.33 | |
| Total Memo Allocation Net: | 1,666.67 | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 81,666.67 | 81,666.67 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 81,666.67 | 81,666.67 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 81,666.67 | 66,666.67 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5265) | 81,666.67 | 66,666.67 | 0.00 |
| | 81,666.67 | 66,666.67 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        78.50

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)